IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA
AFFIDAVIT OF SERVICE

| | | |
|---|---|---|
| AAMCO TRANSMISSIONS, INC.<br>Plaintiff (Petitioner) | vs. | DANIEL VAN DYKE<br>Defendant (Respondent) |

CASE or DOCKET No.: 10-CV-03925

I, _Denise Hinkle_ declare that I am a Constable/Process Server, in and for the state of Pennsylvania, that I am not a party to this action, not an employee of a party to this action, or an attorney to the action, and that within the boundaries of the state where service was effected, I was authorized by law to perform the said service.

SERVICE UPON:  DANIEL VAN DYKE

ADDRESS:  2264 MACARTHUR ROAD, WHITEHALL, PA 18052

On: _2/10/11_    At: _2:15 pm_

Description: Approximate Age _48_  Height _5'6_  Weight _200_  Race _W_  Sex _M_  Hair _Brown_

With Documents:  HEARING SCHEDULING ORDER

**Manner of Service**
By handing to:

- [X] DELIVERED A COPY TO HIM/HER PERSONALLY
- [ ] LEFT A COPY WITH A HOUSEHOLD MEMBER NAME/RELATIONSHIP: _____
- [ ] LEFT A COPY WITH ADULT IN CHARGE OF RESIDENCE: NAME/RELATIONSHIP _____
- [ ] POSTED PROPERTY
- [ ] AGENT OR PERSON IN CHARGE, PLACE OF BUSINESS: NAME/TITLE _____
- [ ] MILITARY STATUS: ___YES ___NO  BRANCH _____

COMMENTS: _Defendant stated to server that he wouldn't "touch the paperwork, because he was not supposed to be here." Defendant was fixing a car - working. Service left regardless_

DEFENDANT WAS NOT SERVED BECAUSE:
___MOVED ___UNKNOWN ___NO ANSWER ___VACANT ___OTHER: _____

SERVICE WAS ATTEMPTED ON THE FOLLWING DATES/TIMES:
1.) _____   2.) _____   3.) _____

SWORN TO AND SUBSCIBED
BEFORE ME THIS _11_ DAY OF
_FEB_, 2011

NOTARY

COMMONWEALTH OF PENNSYLVANIA
Notarial Seal
Eric M. Afflerbach, Notary Public
Washington Twp., Berks County
My Commission Expires Nov. 18, 2013

_____
CONSTABLE / PROCESS SERVER